# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

   VS                                                       CASE NO. 3:08cr136 LAC

BONNIE FAYE WEBB

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on    July 30, 2009
Motion/Pleadings:  IN CAMERA GOVERNMENT'S MOTION TO CONTINUE SENTENCING
Filed by GOVERNMENT    on 7/29/09    Doc.# 81

RESPONSES:

                                              on            Doc.#
                                              on            Doc.#

\_\_\_\_\_ Stipulated    \_\_\_\_\_ Joint Pldg.
 x     Unopposed    \_\_\_\_\_ Consented

                                              WILLIAM M. McCOOL, CLERK OF COURT

                                              *s/Mary Maloy*
LC (1 OR 2)                               Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 31st day of July, 2009, that:*

*(a) The relief requested is **GRANTED** in part.*

*(b) Sentencing continued to October 13, 2009 @ 10:30 am.*

                                                               *s/L.A. Collier*
                                                        *LACEY A. COLLIER*
                                         *Senior United States District Judge*

Entered On Docket: _____ By: \_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.