**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                               CASE NO. 3:08cr136 LAC

BONNIE FAYE WEBB

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on   May 14, 2009
Motion/Pleadings: EX PARTE UNDER SEAL MOTION FOR FUNDS (with CJA21 attached)
Filed by DEFENDANT on 4/28/09 Doc.# 45

RESPONSES:
Notice to adopt motion by deft David Webb on 5/13/09 Doc.# 48
                                        on             Doc.#

\_\_\_\_ Stipulated     \_\_\_\_ Joint Pldg.
\_\_\_\_ Unopposed     \_\_\_\_ Consented

WILLIAM M. McCOOL, CLERK OF COURT

LC (1 OR 2)                         *s/Mary Maloy*
                                        Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 2nd day of September, 2009, that:*

*(a) The relief requested is **DENIED**. MOOT.*

*(b) Defendant entered a plea on June 15, 2009.*

                                                            *s/L.A. Collier*
                                                           *LACEY A. COLLIER*
                                          *Senior United States District Judge*

Entered On Docket: _____ By: \_\_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.