# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                               CASE NO. 3:08cr136 LAC

BONNIE FAYE WEBB

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   January 4, 2010
Motion/Pleadings: MOTION FOR BOND PENDING APPEAL
Filed by DEFT              on 12/31/09    Doc.# 188

RESPONSES:
GOVERNMENT              on 1/11/10    Doc.# 192

                                        on             Doc.#

____ Stipulated     ____ Joint Pldg.
____ Unopposed     ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*
LC (1 OR 2)                    Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 12th day of January, 2010, that:*

*(a) The relief requested is **DENIED**.*

*(b) According to 18 U.S.C. §3143(b)(1)(B), Defendant must show that her appeal raises a substantial question of law or fact likely to result in reversal, an order for new trial, a sentence that does not include a term of imprisonment, or a reduced sentence. The valuation of loss for sentencing purposes does not present a substantial question of law or fact justifying release under section 3143(b)(1)(B) as the court has stated that defendant's sentence would be the same regardless of whether her objections to the calculation of loss were sustained.*

Entered On Docket: _____ By:     *s/L.A. Collier*
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP     ***LACEY A. COLLIER***
Copies sent to: _____     *Senior United States District Judge*

Document No.